**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  PIONEER COACH LINES, INC. ) | CHAPTER 7 | |
| ) | | |
| ) | Case No.  13-09483 | |
| DEBTOR ) | | |
| ) | HON. JACQUELINE P. COX | |
| ) | | |

**COVER SHEET FOR APPLICATION OF FINAL
PROFESSIONAL COMPENSATION**

Name of Applicant:    KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:   N. NEVILLE REID, TRUSTEE

Date of Order authorizing Employment: JUNE 19, 2013

Period for Which
Compensation Requested:  From January 1, 2017 through October 16, 2017

Amount of Fees Requested:  $1,555.50

Amount of Expense Reimbursement Requested:  $0.00

This is an:  Interim Application_____   Final Application ___**X**____

Previous applications / allowances of this applicant:

Fees Sought: $14,284.00          Fees Allowed: $14,284.00
Costs Sought:     $20.38          Costs Allowed:     $20.38

                                                          Applicant:

Date:  January 5, 2018              By:    /s/ N. Neville Reid
                                                              (Counsel)

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 13-09483 |
| PIONEER COACH LINES, INC., ) | |
| ) | Hon. Jacqueline P. Cox |
| Debtor. ) | |
| ) | **Date: February 1, 2018** |
| ) | **Time: 9:30 a.m.** |

**NOTICE OF SECOND AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on **Thursday, February 1, 2018 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 680, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Second and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses**, at which time and place you may appear as you see fit.

Dated: January 5, 2018        Respectfully submitted,

**LOIS WEST**

By:    /s/ N. Neville Reid
Fox, Swibel, Levin & Carroll, LLP,
Accountant to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx: 312.224.1201

# **CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on January 5, 2018, I caused a copy of the foregoing **Second and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses,** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

                                                            */s/ N. Neville Reid*
                                                            N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

John J Conway on behalf of Creditor Sullivan Hincks & Conway
johnconway@shlawfirm.com

Robert M. Kamm on behalf of Creditor Midland Federal Savings & Loan Association
rkamm@kslawfirm.com

Stuart P Krauskopf on behalf of Creditor Greyhound Lines Inc.
stu@stuklaw.com

James J Macchitelli on behalf of Debtor Colonial Coach Lines
jimmymacc@aol.com

Jeffrey Snell on behalf of the U.S. Trustee
jeffrey.snell@usdoj.gov


**Parties to receive notice electronically via email:**

John Brom, counsel for the principals of the Debtor
jbrom@querrey.com

Jerome Ceravolo, principal of Debtor
jerry@colonialcoach.com

Orazio Ceravolo, principal of the Debtor
rocky@colonialcoach.com

Ken Novak, on behalf of Ken Novak & Associates, Inc.
knovak@kennovakinc.com

James M. O'Rourke on behalf of the Law Offices of James M. O'Rourke
james@jamesorourkelaw.com

Lois West on behalf of Popowcer Katten, Ltd.
lwest@popcocpa.com

Alan Kravets
alan@kravets.net

**Parties to receive notice via postage-prepaid first class U.S. Mail**

Illinois Department of Employment Security
33 S. State St., 10th Floor, Bankruptcy Unit
Chicago, IL 60603
Attn: Amelia Yabes

Sullivan Hincks & Conway
c/o John Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Department of Treasury-Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Leonard Lippoldt
2588 Rock Creek Rd.
Plano, IL 60545

Illinois Department of Revenue
(ADMINISTRATIVE)
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Pacific Employers Ins. Co.
c/o Teller Levit & Silvertrust
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

Albert Donegan
8133 S. Yates
Chicago, IL 60617

Bruce Alan Petri
4153 N. Claremont Ave.
Chicago, IL 60618

Kenneth P. Petri
320 Laporte
Northlake, IL 60164

Jose A. Martinez
1683 Penny Ln.
Bartlett, IL 60103

Allen E. Schlueter
1156 Copperfield Ave.
Schaumburg, IL 61093

SMG Security Systems Inc.
American Financial Management, Inc.
8755 West Higgins
Suite 610
Chicago, IL 60631-2751

Mercedes-Benz Financial Services
c/o Robert Kamm
17 N. State St., Ste. 990
Chicago, IL 60602

Lee Zielonka
1068 Cambridge Dr.
Grayslake, IL 60030

Georgios Kousiakis
10 Dover Dr.
Des Plaines, IL 60018

Greyhound Lines Inc.
Stuart Krauskop Law
414 N. Orleans St.
Chicago, IL 60654

John Walek
1728 President
Glendale Hts., IL 60137

Vanessa Berg
204 Five Iron Ct NW
Kennesaw, GA 30144

Alberto Medina
3014 S. Keeler
Chicago, IL 60623

Gilbert T. Bernal
113 E. Zarley Blvd.
Joliet, IL 60433

James M. O'Rourke
Attorney at Law
53 West Jackson Blvd.
Suite 240
Chicago, IL 60604

City of Chicago
c/o Charles A. King
Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, IL 60602

City of Chicago
c/o Charles A. King
Chicago Department of Law
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602

Scott A. Wallace
1211 Highland Drive
Prospect Hts., IL 60070

Robert B. Berczynski
408 Hubbard Ln.
Lake Villa, IL 60046

Jan Paricka
7970-A Knottingham Circle
Darien, IL 60561

Bruce Lee Long
1343 N. Cleveland, Apt. 302
Chicago, IL 60610

Jerome Ceravolo
1600 James Drive
Mount Prospect, IL 60056

James Cobb
1435 N. Austin Blvd.
Chicago, IL 60651

Quentin T. Wilmington III
13628 S. Lowe Ave.
Riverdale, IL 60827

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PIONEER COACH LINES, INC. ) | CASE NO. 13-09483 | |
| ) | | |
| ) | CHAPTER 7 | |
| ) | | |
| ) | HON. JACQUELINE P. COX | |
| DEBTOR ) | | |
| ) | **Date: February 1, 2018** | |
| ) | **Time: 9:30 a.m.** | |

**SECOND AND FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. On March 11, 2013 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code., 11 U.S.C. §§101.

2. On May 23, 2013 the case converted to Chapter 7 and N. Neville Reid was appointed Trustee.

3. This Court on June 19, 2013 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee retroactive to May 22, 2013. On January 1, 2017, Popowcer Katten, Ltd. merged with Kutchins, Robbins & Diamond, Ltd. and is now known as Kutchins, Robbins & Diamond, Ltd.

4. On November 29, 2016 applicant was awarded fess of $14,284.00 and expenses of $20.38 for Pioneer Coach Lines, Inc., and fees of $14,722.00 and expenses of $25.99 for Colonial Coach Lines, Inc.  The Trustee was authorized to pay up to $7,576.88 for interim fees for both Pioneer Coach Lines, Inc. and Colonial Coach Line, Inc. pending further order of the court or the closing of the bankruptcy case.

6

5. Applicant now requests payment of $1,555.50 for 6.1 hours of services performed for the period January 1, 2017 through October 16, 2017 and payment of the remaining unpaid balance from the interim fee application of $21,475.49.

Attached as exhibit "A" is an itemized statement of the accounting services rendered for the period January 1, 2017 through October 16, 2017. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation requested is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,555.50 for the accounting services rendered for the period January 1, 2017 through October 16, 2017 and payment of the remaining compensation awarded on November 29, 2016 of $21,475.49 that has not yet been paid.

DATE: January 5, 2018                         RESPECTFULLY SUBMITTED,

**LOIS WEST**,

By:     /s/ N. Neville Reid
        Fox, Swibel, Levin & Carroll, LLP,
        Accountant to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

7