# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLONIAL COACH LINES | § | Case No. 1:13-09477-JPC |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street<br>
Chicago, IL  60604

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on Thursday, February 22, 2018 in Courtroom 680 at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604.

Date Mailed: 01/16/2018        By: /s/ N. Neville Reid
                                                            Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
COLONIAL COACH LINES § Case No. 1:13-09477-JPC
§
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 230,789.56 |
| and approved disbursements of | $ | 210,492.86 |
| leaving a balance on hand of[1] | $ | 20,296.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18A | MERCEDES-BENZ FINANCIAL SERVICES | $ 362,000.00 | $ 362,000.00 | $ 46,712.90 | $ 0.00 |
| 2A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 22,416.02 | $ 22,416.02 | $ 0.00 | $ 0.00 |
| 36A | MERCEDES-BENZ FINANCIAL SERVICES | $ 300,000.00 | $ 300,000.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | SULLIVAN HINCKS & CONWAY | $ 130,121.72 | $ 130,121.72 | $ 0.00 | $ 0.00 |
| 7A | DEPARTMENT OF TREASURY- INTERNAL REV | $ 266.65 | $ 266.65 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                $            0.00

Remaining Balance                                                     $       20,296.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 14,180.73 | $ 0.00 | $ 2,686.28 |
| Attorney for Trustee Fees: Fox Swibel Levin & Carroll LLP | $ 114,502.50 | $ 17,157.38 | $ 4,533.06 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond Ltd | $ 16,035.75 | $ 2,000.00 | $ 1,037.69 |
| Auctioneer Fees: AMERICAN AUCTION ASSOCIATES, INC. | $ 5,920.00 | $ 5,920.00 | $ 0.00 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 1,358.80 | $ 1,358.80 | $ 0.00 |
| Fees: OFFICE OF THE U. S. TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: Arthur B. Levine | $ 33.16 | $ 33.16 | $ 0.00 |
| Other: Bruce de'Medici | $ 450.00 | $ 450.00 | $ 0.00 |
| Other: Chicago Department of Finance | $ 54.00 | $ 54.00 | $ 0.00 |
| Other: CHICAGO RECORDS MANAGEMENT | $ 2,306.60 | $ 2,306.60 | $ 0.00 |
| Other: COMPUTING SOURCE | $ 2,152.72 | $ 2,152.72 | $ 0.00 |
| Other: Fifth Third Bank | $ 128.52 | $ 128.52 | $ 0.00 |
| Other: Fox Swibel Levin & Carroll LLP | $ 1,669.91 | $ 380.73 | $ 1,289.18 |
| Other: Illinois Department of Revenue | $ 143.93 | $ 143.93 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ILLINOIS SECRETARY OF STATE | $ 535.00 | $ 535.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 15.02 | $ 15.02 | $ 0.00 |
| Other: IRS | $ 685.24 | $ 685.24 | $ 0.00 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 99,100.38 | $ 13,166.21 | $ 5,606.57 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 5,877.09 | $ 1,058.17 | $ 4,818.92 |
| Other: Kutchins, Robbins & Diamond Ltd | $ 23.18 | $ 23.18 | $ 0.00 |
| Other: O'Hare Towing Service, Inc. | $ 9,169.65 | $ 9,169.65 | $ 0.00 |
| Other: OPERATING EXPENSES | $ 79,918.63 | $ 79,864.63 | $ 0.00 |
| Other: REAL TIME REPORTERS, INC. | $ 745.25 | $ 745.25 | $ 0.00 |
| Other: SOUTHWEST PERSONAL PROTECTION | $ 6,030.00 | $ 6,030.00 | $ 0.00 |
| Other: STERN PROCESS | $ 275.00 | $ 275.00 | $ 0.00 |
| Other: SUBPOENA EXPENSES | $ 815.66 | $ 815.66 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $        20,296.70

Remaining Balance     $        0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ALBERTO MEDINA | $ 1,372.18 | $ 0.00 | $ 0.00 |
| Other: GILBERT T BERNAL | $ 2,174.03 | $ 0.00 | $ 0.00 |
| Other: JAMES M. O'ROURKE | $ 7,875.00 | $ 0.00 | $ 0.00 |
| Other: JOSE A MARTINEZ | $ 574.93 | $ 0.00 | $ 0.00 |
| Other: KENNETH P PETRI | $ 2,431.00 | $ 0.00 | $ 0.00 |
| Other: SCOTT A WALLACE | $ 100.00 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses     $        0.00

Remaining Balance     $        0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 258,783.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | ILLINOIS DEPARTMENT OF REVENUE | $ 13,556.96 | $ 0.00 | $ 0.00 |
| 6A | ILLINOIS DEPARTMENT OF REVENUE | $ 56,496.80 | $ 0.00 | $ 0.00 |
| 7B | DEPARTMENT OF TREASURY- INTERNAL REV | $ 978.24 | $ 0.00 | $ 0.00 |
| 27A | CITY OF CHICAGO | $ 5,390.26 | $ 0.00 | $ 0.00 |
| 28A | CITY OF CHICAGO | $ 4,823.42 | $ 0.00 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 1,958.34 | $ 0.00 | $ 0.00 |
| 9 | LEONARD LIPPOLDT | $ 9,960.57 | $ 0.00 | $ 0.00 |
| 11A | ALBERT DONEGAN | $ 8,350.00 | $ 0.00 | $ 0.00 |
| 13 | BRUCE ALAN PETRI | $ 11,278.55 | $ 0.00 | $ 0.00 |
| 14A | KENNETH P PETRI | $ 43,262.39 | $ 0.00 | $ 0.00 |
| 15A | JOSE A MARTINEZ | $ 2,708.16 | $ 0.00 | $ 0.00 |
| 16 | ALLEN E SCHLUETER | $ 8,609.56 | $ 0.00 | $ 0.00 |
| 19 | LEE ZIELONKA | $ 372.00 | $ 0.00 | $ 0.00 |
| 20 | GEORGIOS KOUSIAKIS | $ 2,877.99 | $ 0.00 | $ 0.00 |
| 22 | JOHN WALEK | $ 9,832.46 | $ 0.00 | $ 0.00 |
| 23 | VANESSA BERG | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 24B | ALBERTO MEDINA | $ 466.85 | $ 0.00 | $ 0.00 |
| 25A | GILBERT T BERNAL | $ 40,077.34 | $ 0.00 | $ 0.00 |
| 29 | SCOTT A WALLACE | $ 3,694.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 30A | ROBERT B BERCZYNSKI | $ 3,024.10 | $ 0.00 | $ 0.00 |
| 31 | JAN PARICKA | $ 2,011.75 | $ 0.00 | $ 0.00 |
| 32 | BRUCE LEE LONG | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 34 | JAMES COBB | $ 1,296.00 | $ 0.00 | $ 0.00 |
| 35 | QUENTIN T WILMINGTON, III | $ 650.00 | $ 0.00 | $ 0.00 |
| 2B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 17,654.64 | $ 0.00 | $ 0.00 |
| 3 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 319.58 | $ 0.00 | $ 0.00 |
| 10 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,533.07 | $ 0.00 | $ 0.00 |

|   |   |   |
|---|---|---|
| | Total to be paid to priority creditors | $ 0.00 |
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 389,143.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | SMG SECURITY SYSTEMS INC. | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 21 | GREYHOUND LINES INC | $ 172,162.93 | $ 0.00 | $ 0.00 |
| 26 | JAMES M. O'ROURKE | $ 10,836.00 | $ 0.00 | $ 0.00 |
| 2C | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 110.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 2,797.53 | $ 0.00 | $ 0.00 |
| 6B | ILLINOIS DEPARTMENT OF REVENUE | $ 15,660.00 | $ 0.00 | $ 0.00 |
| 7C | DEPARTMENT OF TREASURY-INTERNAL REV | $ 16,857.05 | $ 0.00 | $ 0.00 |
| 11B | ALBERT DONEGAN | $ 175.00 | $ 0.00 | $ 0.00 |
| 12 | PACIFIC EMPLOYERS INS CO | $ 24,033.83 | $ 0.00 | $ 0.00 |
| 18B | MERCEDES-BENZ FINANCIAL SERVICES | $ 41,188.24 | $ 0.00 | $ 0.00 |
| 27B | CITY OF CHICAGO | $ 6,619.43 | $ 0.00 | $ 0.00 |
| 28B | CITY OF CHICAGO | $ 16,546.75 | $ 0.00 | $ 0.00 |
| 30B | ROBERT B BERCZYNSKI | $ 60.00 | $ 0.00 | $ 0.00 |
| 36B | MERCEDES-BENZ FINANCIAL SERVICES | $ 79,096.42 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,200,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | JEROME CERAVOLO | $ 1,200,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.