**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 13-09477-JPC |
| COLONIAL COACH LINES, | **)** | (Jointly Administered) |
| | **)** | |
| Debtor. | **)** | Hon. Jacqueline P. Cox |
| | **)** | |
| | **)** | |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on **January 16, 2018**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 283]; **Trustee's Application for Compensation and Expenses** [Dkt. 282]; and the **Second and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses** [Dkt. 281], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

John J Conway on behalf of Creditor Sullivan Hincks & Conway
johnconway@shlawfirm.com

Robert M. Kamm on behalf of Creditor Midland Federal Savings & Loan Association
rkamm@kslawfirm.com

Stuart P Krauskopf on behalf of Creditor Greyhound Lines Inc.
stu@stuklaw.com

James J Macchitelli on behalf of Debtor Colonial Coach Lines
jimmymacc@aol.com

Jeffrey Snell on behalf of the U.S. Trustee
jeffrey.snell@usdoj.gov


**Parties to receive notice electronically via email:**

John Brom, counsel for the principals of the Debtor
jbrom@querrey.com

Jerome Ceravolo, principal of Debtor
jerry@colonialcoach.com

Orazio Ceravolo, principal of the Debtor
rocky@colonialcoach.com

Ken Novak, on behalf of Ken Novak & Associates, Inc.
knovak@kennovakinc.com

James M. O'Rourke on behalf of the Law Offices of James M. O'Rourke
james@jamesorourkelaw.com

Lois West on behalf of Popowcer Katten, Ltd.
lwest@popcocpa.com

Alan Kravets
alan@kravets.net

**Parties to receive notice via postage-prepaid first class U.S. Mail**

Illinois Department of Employment Security
33 S. State St., 10th Floor, Bankruptcy Unit
Chicago, IL 60603
Attn: Amelia Yabes

Sullivan Hincks & Conway
c/o John Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Department of Treasury-Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Leonard Lippoldt
2588 Rock Creek Rd.
Plano, IL 60545

Illinois Department of Revenue
(ADMINISTRATIVE)
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Pacific Employers Ins. Co.
c/o Teller Levit & Silvertrust
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

Albert Donegan
8133 S. Yates
Chicago, IL 60617

Bruce Alan Petri
4153 N. Claremont Ave.
Chicago, IL 60618


Kenneth P. Petri

2

320 Laporte
Northlake, IL 60164

Jose A. Martinez
1683 Penny Ln.
Bartlett, IL 60103

Allen E. Schlueter
1156 Copperfield Ave.
Schaumburg, IL 61093

SMG Security Systems Inc.
American Financial Management, Inc.
8755 West Higgins
Suite 610
Chicago, IL 60631-2751

Mercedes-Benz Financial Services
c/o Robert Kamm
17 N. State St., Ste. 990
Chicago, IL 60602

Lee Zielonka
1068 Cambridge Dr.
Grayslake, IL 60030

Georgios Kousiakis
10 Dover Dr.
Des Plaines, IL 60018

Greyhound Lines Inc.
Stuart Krauskop Law
414 N. Orleans St.
Chicago, IL 60654

John Walek
1728 President
Glendale Hts., IL 60137

Vanessa Berg
204 Five Iron Ct NW
Kennesaw, GA 30144

Alberto Medina
3014 S. Keeler
Chicago, IL 60623

Gilbert T. Bernal
113 E. Zarley Blvd.
Joliet, IL 60433

James M. O'Rourke
Attorney at Law
53 West Jackson Blvd.
Suite 240
Chicago, IL 60604

City of Chicago
c/o Charles A. King
Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, IL 60602

City of Chicago
c/o Charles A. King
Chicago Department of Law
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602


Scott A. Wallace
1211 Highland Drive
Prospect Hts., IL 60070

Robert B. Berczynski
408 Hubbard Ln.
Lake Villa, IL 60046

Jan Paricka
7970-A Knottingham Circle
Darien, IL 60561

Bruce Lee Long
1343 N. Cleveland, Apt. 302
Chicago, IL 60610

Jerome Ceravolo
1600 James Drive
Mount Prospect, IL 60056

James Cobb
1435 N. Austin Blvd.

3

Chicago, IL 60651

Quentin T. Wilmington III
13628 S. Lowe Ave.
Riverdale, IL 60827

4